UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MARION B. DILLMAN ON BEHALF OF HERSELF AND ALL OTHERS SIMILARY SITUATED,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JP Morgan Chase Bank, N.A.,**<br><br>**Defendant** | *<br>*<br>*<br>*<br>*<br>*  CIVIL NO. 11-102<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Matthew C. McDonald, of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP and gives notice of his appearance as counsel for Defendant, JP Morgan Chase Bank, N.A.

           Respectfully submitted,

           s/Matthew C. McDonald
           MATTHEW C. MCDONALD (MCDOM2996)

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
254 State Street
Mobile, Alabama 36603
Tele: (251)432-1414
mmcdonald@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

{MB021532.1}

Earl P. Underwood, Jr.
Kenneth J. Riemer
Underwood & Riemer, PC
21 South Section Street
Fairhope, Alabama 36532

        s/Matthew C. McDonald
        MATTHEW C. MCDONALD

{MB021532.1}