IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA DILLMAN PIERCE,** *personal representative of the Estate of Marion B. Dillman, deceased,*<br>      **Plaintiff,**<br><br>vs.<br><br>**JP MORGAN CHASE BANK, N.A.,**<br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 11-00102-KD-M**<br>)<br>)<br>) |

## JUDGMENT

In accordance with the August 21, 2012 Order (Doc. 61) granting the Defendant's Motion for Summary Judgment and the parties' Status Report (stating that no class claims remain) (Doc. 62), it is **ORDERED, ADJUDGED** and **DECREED** that **FINAL JUDGMENT** is entered in favor of Defendant JP Morgan Chase Bank, N.A. such that all of the Plaintiff's claims against said defendant are **DISMISSED WITH PREJUDICE.**

   **DONE** and **ORDERED** this **28**th day of **August 2012.**

                                                            /s/ Kristi K. DuBose
                                                            **KRISTI K. DUBOSE**
                                                            **UNITED STATES DISTRICT JUDGE**